IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:21-CV-00226-GCM

| | |
|---|---|
| LUIS ALBERTO SAAVEDRA,<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff Luis Saavedra's Motion to Dismiss (ECF No. 15). Invoking Fed. R. Civ. P. 41(a)(2), Saavedra seeks an order of dismissal with prejudice.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss (ECF No. 15) is **GRANTED**. The case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE** the case.

**IT IS FURTHER ORDERED** that the Clerk shall **PROVIDE A COPY** of this Order to the counsel of record for the parties.

**SO ORDERED**.

Signed: April 18, 2022

Graham C. Mullen
United States District Judge